# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**ALGERNON DOBY**
**#095824**                                                              **PETITIONER**

**VS.**                              **Case No. 5:06CV00207 BD**

**LARRY NORRIS, Director**
**Arkansas Department of Correction**                                    **RESPONDENT**

## <u>JUDGMENT</u>

In accordance with the Court's Order entered this date, judgment is hereby entered

dismissing this 28 U.S.C. §2254 petition for writ of habeas corpus with prejudice.

IT IS SO ORDERED this 30th day of March, 2007.


_____
United States Magistrate Judge